**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01355-LTB-MJW

UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SUN CONSTRUCTION COMPANY, INC., a Colorado corporation, and
FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

      Plaintiffs,

v.

TORIX GENERAL CONTRACTORS, LLC, a Colorado limited liability company f/k/a Alliance General contractors, LLC;
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; and
ST. ANDREWS/ALLIANCE JOINT VENTURE, a joint venture,

      Defendants.

_____

**SUPPLEMENTAL ORDER OF REFERENCE
TO UNITED STATES MAGISTRATE JUDGE**
_____

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge **Michael J. Watanabe** is designated to conduct proceedings in this civil action as follows:

    ( )    Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

    ( )    Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

    ( )    Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

    ( )    Hear and determine pretrial matters, including discovery and other non-dispositive motions.

(**X**)   Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on motions, **specifically Defendant St. Andrews/Alliance Joint Venture's Motion for Leave to File Amended Answer and Third-Party Complaint (Doc 66 - filed October 17, 2008)**.

( )   Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

IT IS FURTHER ORDERED that a copy of this court's pretrial and trial procedures can be found at www.co.uscourts.gov.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   October 20, 2008