IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01355-LTB-MJW

UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SUN CONSTRUCTION COMPANY, INC., et al.,

Plaintiff(s),

v.

TORIX GENERAL CONTRACTORS, INC., et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that Defendant St. Andrews/Alliance Joint Venture's Motion for Leave to File Amended Answer and Third-Party Complaint (docket no. 66) is GRANTED for those reasons as outlined in the subject motion (docket no. 66).

    FURTHER, it is ORDERED that Defendants' Amended Answer to Plaintiff Fidelity and Deposit Company of Maryland's Amended Complaint and Petition for Declaration of Rights Against Defendants and Counterclaims (docket no. 66-2) and Defendants St Andrews/Alliance Joint Venture's Amended Third-Party Complaint (docket no. 66-5) are both accepted for filing as of this date of this minute order.

Date: November 19, 2008