IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01355-LTB-MJW

UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SUN CONSTRUCTION COMPANY, INC., a Colorado corporation, and
FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

    Plaintiffs,

v.

TORIX GENERAL CONTRACTORS, LLC, a Colorado limited liability company f/k/a Alliance General contractors, LLC;
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; and
ST. ANDREWS/ALLIANCE JOINT VENTURE, a joint venture,

    Defendants.

ST. ANDREWS/ALLIANCE JOINT VENTURE, a joint venture,

    Third-Party Plaintiff,

v.

EARL F. DOUGLASS ROOFING, CO., a Colorado corporation; and
MLL CONSTRUCTION INCORPORATED, a Colorado corporation,

    Third-Party Defendants.

_____

ORDER
_____

Upon the Stipulated Motion for Acceptance of Arbitration Agreement and for Order Administratively Dismissing Third Party Claims (Doc 109 - filed March 5, 2009), it is

ORDERED that the third party claims are DISMISSED and pursuant to the agreement between Third Party Plaintiff and Third Party Defendants these issues shall be submitted to binding arbitration.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: March 6, 2009