**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-01355-LTB-MJW

UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SUN CONSTRUCTION COMPANY, INC., a Colorado corporation; and
FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

  Plaintiffs,

v.

TORIX GENERAL CONTRACTORS, LLC, a Colorado limited liability company f/k/a Alliance General Contractors, LLC;
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; and
ST. ANDREWS/ALLIANCE JOINT VENTURE, a joint venture,

  Defendants.

ST. ANDREWS/ALLIANCE JOINT VENTURE, a joint venture,

  Third-Party Plaintiff,

v.

EARL F. DOUGLASS ROOFING CO., a Colorado corporation; and
MLL CONSTRUCTION, INCORPORATED, a Colorado corporation,

  Third-Party Defendants.

___

## MINUTE ORDER
___
BY ORDER OF JUDGE LEWIS T. BABCOCK

  Plaintiff's Motion to Amend Amended Complaint (Doc 115 - filed April 22, 2009) is **GRANTED** and the tendered Second Amended Complaint is accepted for filing.


Dated:  May 1, 2009
___