IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

---

Courtroom Deputy: Deborah Hansen              Date:  November 16, 2010
Court Reporter:    Gwen Daniel

---

| Civil Case No.  07-cv-01355-LTB-MJW | Counsel: |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SUN CONSTRUCTION COMPANY, INC., a Colorado corporation, | Curtis R.  Henry<br>Jeffrey C. Culbertson |
| Plaintiff, | |
| and | |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation, | Patrick Q. Hustead<br>Connor L. Cantrell |
| Intervenor Plaintiff, | |
| v. | |
| TORIX GENERAL CONTRACTORS, LLC, a Colorado limited liability company f/k/a Alliance General Contractors, LLC; and<br>ST. ANDREWS/ALLIANCE JOINT VENTURE, a joint venture, | Bret R. Gunnell<br>Matthew O. Stromquist |
| Defendants and Counterclaimants, | |
| and | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, | Bret R. Gunnell<br>Matthew O. Stromquist |
| Defendants. | |

---

COURTROOM MINUTES

---

JURY TRIAL  - Day Eleven

09:00 a.m.    Court in Session - without jury

Discussion re Richard Kerr

09:02 jury present

Court's reminder to the jury regarding experts and opinion testimony

**DEFENDANT JOINT VENTURE'S SIXTH WITNESS RICHARD KERR**
09:04 Direct (by Mr. Gunnell)

Defendant Joint Venture tenders Mr. Kerr as an expert witness on behalf of the Joint Venture to provide opinion testimony for this jury in the areas of construction scheduling and damages analysis based on his qualifications and special expertise and using methodologies accepted within the construction industry.

09:51  jury excused

Court's comments

Voir dire re Intervenor Plaintiff's Motion to Strike Expert Testimony of Richar Kerr Under Fed. R. Evid. 702 (Doc No. 215)

09:55 Voir dire (by Mr. Cantrell)

10:10 Voir Dire (by Mr. Gunnell)

10:20 Court's findings entered on the record.

**ORDERED:   The objection goes to the weight rather than its admissibility. Intervenor Plaintiff's Motion to Strike Expert Testimony of Richard Kerr Under Fed. R. Evid. 702 (Doc No. 215) is DENIED**.

10:44  Court in Recess
10:58  Court in Session - jury present

The Court advises the jury that the Court qualifies Mr. Kerr as a witness who can state opinions as to delay, cause for delay, damages and back charges and their reasonableness, which, of course, are opinions for the jury to consider.

**DEFENDANT JOINT VENTURE'S SIXTH WITNESS RICHARD KERR**
10:58 Direct continued (by Mr. Gunnell)

11:56 Court in Recess
01:00 Court in Session

**DEFENDANT JOINT VENTURE'S SIXTH WITNESS RICHARD KERR**
01:00 Direct continued (by Mr. Gunnell)

02:24  Court in Recess
02:40  Court in Session - without jury

Mr. Henry's comments - they may renew the motion to strike Mr. Kerr's testimony

02:45 jury present

03:09 Cross (by Mr. Hustead)

03:54 p.m.     Court in Recess
               Trial continued
               Time: 5/20