IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

Civil Case No. 07-cv-01355-LTB-MJW

UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SUN CONSTRUCTION COMPANY, INC., a Colorado corporation,

        Plaintiff,
and

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

        Intervenor Plaintiff,
v.

TORIX GENERAL CONTRACTORS, LLC, a Colorado limited liability company f/k/a Alliance General Contractors, LLC; and ST. ANDREWS/ALLIANCE JOINT VENTURE, a joint venture,

        Defendants and Counterclaimants,
and

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

        Defendants.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

IT IS STIPULATED AND ORDERED that at the conclusion of the jury trial counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 17th day of November, 2010.

BY THE COURT:

_____
Lewis T. Babcock, Judge

Attorney for Plaintiff Sun Construction, Inc. _____

Attorney for Intervening Third-Party Plaintiff,
Fidelity and Deposit Company of Maryland _____

Attorney for Torix General Contractors, LLC,
Travelers Casualty and Surety Company of America,
and St. Andrews/Alliance Joint Venture _____