IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK
_____

| | |
|---|---|
| Courtroom Deputy: Emily Seamon | Date: May 31, 2011 |
| Court Reporter:    Tracy Weir | |

_____

| | |
|---|---|
| Civil Case No.  07-cv-01355-LTB -MJW | Counsel: |
| SUN CONSTRUCTION COMPANY, INC., a Colorado corporation; UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SUN CONSTRUCTION COMPANY, INC., a Colorado corporation; and | Jeffrey C. Culbertson Curtis R. Henry |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation, | Connor L. Cantrell |
|     Plaintiffs, v. | |
| TORIX GENERAL CONTRACTORS, LLC, a Colorado limited liability company f/k/a Alliance General Contractors; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; and ST. ANDREWS/ALLIANCE JOINT VENTURE, a joint venture, | Bret R. Gunnell Matthew O. Stromquist |
|     Defendants. | |

_____

COURTROOM MINUTES
_____

HEARING - MOTIONS

9:02 a.m.       Court in session.

Appearances of counsel.

Discussion between the Court and counsel regarding the pending motions.

1

| | |
|---|---|
| 9:06 a.m. | Argument by Mr. Henry regarding Sun Construction, Inc.'s F.R.C.P. 59 Motion to Amend Judgment [Docket No. 261]. |
| 9:14 a.m. | Argument by Mr. Cantrell regarding Sun Construction, Inc.'s F.R.C.P. 59 Motion to Amend Judgment [Docket No. 261]. |
| 9:17 a.m. | Responsive argument by Mr. Gunnell regarding Sun Construction, Inc.'s F.R.C.P. 59 Motion to Amend Judgment [Docket No. 261], a stay of execution, and the supersedeas bond. |
| 9:48 a.m. | Rebuttal argument by Mr. Henry regarding Sun Construction, Inc.'s F.R.C.P. 59 Motion to Amend Judgment [Docket No. 261]. |
| 9:57 a.m. | Rebuttal argument by Mr. Cantrell regarding Sun Construction, Inc.'s F.R.C.P. 59 Motion to Amend Judgment [Docket No. 261]. |
| 10:03 a.m. | Responsive argument by Mr. Gunnell regarding Sun Construction, Inc.'s F.R.C.P. 59 Motion to Amend Judgment [Docket No. 261]. |

**ORDERED:** Sun Construction, Inc.'s F.R.C.P. 59 Motion to Amend Judgment to Include Sun's Attorneys Fees, Costs, and Prejudgment Interest and Fees and Costs Incurred by Sun to Intervenor Plaintiff F&D [Docket No. 261] is TAKEN UNDER ADVISEMENT.

**ORDERED:** Plaintiff Sun Construction Company, Inc.'s Motion Requesting a Hearing Regarding the Reasonability of Plaintiff's Requested Attorney's Fees [Docket No. 268] is TAKEN UNDER ADVISEMENT.

**ORDERED:** Defendants' Motion to Stay Judgment Pending Appeal and for Approval of Supersedeas Bond [Docket No. 285] is TAKEN UNDER ADVISEMENT.

10:09 a.m.    Court in recess.

Hearing concluded.

Time: 1:07