# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01355-LTB-MJW

UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SUN CONSTRUCTION
  COMPANY, INC., a Colorado corporation;
    Plaintiff,
and

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,
    Intervenor Plaintiff,
v.

TORIX GENERAL CONTRACTORS, LLC, a Colorado limited liability company f/k/a Alliance
  General Contractors, LLC; and ST. ANDREWS/ALLIANCE JOINT VENTURE, a joint
  venture,
    Defendants and Counterclaimants,
and

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut
  corporation;
    Defendant.
_____

## ORDER
_____

Defendants' (Renewed) Unopposed Motion to Stay Amended Judgment Pending Appeal and for Approval of Supersedeas Bond (Doc 332 - filed June 13, 2011) is GRANTED. The Amended Judgment (Doc 330) is STAYED pending appeal and the tendered Supersedeas Bond is APPROVED.

                                        BY THE COURT:


                                          s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, JUDGE

DATED:  June 17, 2011